UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

STATE OF LOUISIANA <u>ex</u> <u>rel</u>.                    CIVIL ACTION
CLARENCE D. NOBLE

VERSUS                                                NUMBER: 11-02988

STATE OF LOUISIANA                                    SECTION: "H"(5)
LOUISIANA SUPREME COURT

<u>O R D E R</u>

The Court, having considered the petition, the record, the applicable law, the Magistrate

Judge's Report and Recommendation, and the failure of petitioner to file any objections to the

Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report

and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that petitioner's suit is dismissed with prejudice pursuant to 28 U.S.C.

§1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 6th  day of January, 2012.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE